In the Matter of ISIDOR HIRSCHEN, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JULIUS PEZENIK v. MASSACHUSETTS BONDING AND INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ERNEST H. WHITING and Another v. WARNER-QUINLAN COMPANY and Others, Impleaded with RICHFIELD OIL COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

COUNTY TRUST COMPANY OF NEW YORK v. JOSEPH F. CAPONIGRI.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

NANNIE GLOVER KAUFMAN v. EMPIRE TRUST COMPANY and THE ADAMS EXPRESS COMPANY and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

LILLIAN EUDORA SHRADY v. ARCHIBALD M. SHRADY, as Executor, etc., and Others, Impleaded with NEW YORK STATE TEACHERS' RETIREMENT SYSTEM.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

## SECOND DEPARTMENT, MARCH, 1932.

HARRY RUDIN, Appellant, v. YETTA COHN and MAX COHN, Appellants, and EDMUND J. PICKUP, Receiver, Respondent.— On argument, order appointing receiver modified so as to provide that the two attorneys agreed on by counsel be appointed receivers in the place and stead of the present appointee, and as so modified affirmed. Appeal from order denying motion to vacate order appointing receiver dismissed. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.

JOHN ZAK and Others, Respondents, v. THE FIRST BOHEMIAN BUTCHERS AND BOLOGNA MAKERS UNION OF NEW YORK and Others, Appellants.— Order granting plaintiffs' motion for an injunction *pendente lite* affirmed on argument; counsel to stipulate to try the case on Tuesday, March fifteenth, subject to consent of the justice presiding at Special Term in Jamaica. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.